United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Doug Longhini, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-21514-Civ-Scola |
| | ) |
| 18335 NW 27 Ave LLC and JJ&J Family Food Corp., Defendants. | ) |

### Order of Dismissal

The Court **grants in part and denies in part** the parties' joint motion for approval and entry of the parties' consent decree and to dismiss this case with prejudice (**ECF No 56**).

The Court acknowledges the parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and therefore grants the parties' request that the Court dismiss this case.

On the other hand, the Court denies the parties' request to "review, approve, and ratify" the parties' consent decree. While the Court does not mean to imply, through its denial, that it finds anything necessarily improper in the parties' decree, a court's review of a consent decree, nonetheless warrants "careful scrutiny" of its terms. *Stovall v. City of Cocoa, Fla.*, 117 F.3d 1238, 1242–43 (11th Cir. 1997) (quoting *U.S. v. City of Miami, Fla.,* 664 F.2d 435, 440–41 (5th Cir.1981) (*en banc*)). "This requires a determination that the proposal represents a reasonable factual and legal determination based on the facts of record, whether established by evidence, affidavit, or stipulation." *Id.* While the parties "agree and submit that the . . . Consent Decree is fundamentally fair, adequate and reasonable," they provide scant factual and legal support from which the Court could itself readily make this determination. *See id.* (finding a record "insufficient" to support approving a consent decree). The court therefore declines to "approve and ratify" the consent decree as requested.

Regardless, this has no impact on the parties' agreement between themselves and, so, as the parties request, the Court reserves jurisdiction to enforce the parties' settlement agreement.

The Court directs the Clerk to **close** this case. All pending motions, if

any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on March 11, 2021.

_____
Robert N. Scola, Jr.
United States District Judge